IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED

*9:42 am, 8/12/21*

**Margaret Botkins
Clerk of Court**

DIAN HARTLEY,
PATRICK CROFOOT, AND
TAYLOR HARTLEY,

    Plaintiffs,

v.

JENNY LAKE LODGE, INC.
A WYOMING CORPORATION,

GRAND TETON LODGE COMPANY
A WYOMING CORPORATION,

VAIL RESORTS, INC.
D/B/A JENNY LAKE LODGE,
GRAND TETON LODGE COMPANY,
A DELAWARE CORPORATION,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

19-CV-224-J

## ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER**, having come before the Parties' *Stipulated Motion to Dismiss with Prejudice*; and the Court having been fully advised upon the premises therein;

**IT IS NOW HEREBY ORDERED** that the above-captioned matter be, and hereby is, dismissed with prejudice. **IT IS FURTHER ORDERED** that the Parties shall pay their own attorneys' fees and costs.

DATED this 12th day of August, 2021.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE